[No. 17567.  *En Banc.*  December 27, 1923.]

R. M. KINNEAR, *as Executor etc., et al., Appellants,* v. KING COUNTY, *Respondent.*[1]

Appeal from a judgment of the superior court for King county, Frater, J., entered June 8, 1922, upon granting a nonsuit, dismissing an action to secure a reduction of taxes. Affirmed.

*Shorett, McLaren & Shorett* and *Edward R. Taylor,* for appellants.
*Malcolm Douglas* and *Ewing D. Colvin,* for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adhere to the opinion heretofore filed herein as reported in 124 Wash. 102, 213 Pac. 472, and the judgment is therefore affirmed.

[1]Reported in 221 Pac. 340.